UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2921 MRW | Date | June 30, 2022 |
|---|---|---|---|
| Title | Theresa Brooke v. Bre Atlas Property Owner LLC | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE**

Plaintiff filed a notice dismissing this case with prejudice. (Docket # 11.) This action is dismissed with prejudice.